1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   VICTOR AGUIRRE-PEREZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. Cr.S. 12-50-JAM
                                       )
12                  Plaintiff,         )   **STIPULATION AND ORDER;**
                                       )   **CONTINUING STATUS**
13           v.                        )   **CONFERENCE AND EXCLUDING**
                                       )   **TIME**
14  VICTOR AGUIRRE-PEREZ,              )
                                       )   Date:  April 17, 2012
15                  Defendant.         )   Time:  9:30 a.m.
    _____)   Judge: Hon. John A. Mendez
16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for VICTOR AGUIRRE-PEREZ, that the status

20  conference hearing date of April 10, 2012, be vacated, and the matter be set for status

21  conference/change of plea on April 17, 2012, at 9:30 a.m..

22         The reason for the continuance is to allow defense counsel to visit Mr. Aguirre Perez

23  once more for the purpose of obtaining his signature on the plea agreement and answering any

24  last questions he may have.

25         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including April 10,

27  2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

28  / / /

Local Code T4 based upon continuity of counsel.


DATED: April 10, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

                                          /s/ Courtney Fein
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Designated Counsel for Service
                                          Attorney for VICTOR AGUIRRE-PEREZ


DATED: April 10, 2012.                    BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Michele Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

                                    ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

April 10, 2012, status conference hearing be continued to April 17, 2012 at 9:30 a.m. Based

on the representation of defense counsel and good cause appearing therefrom, the Court

hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. The Court finds that the ends of justice to be served by granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that

time up to and including the April 17, 2012 status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to

allow defense counsel reasonable time to prepare.

Dated:    4/10/2012

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge